R. Terry Parker, Esq.
Law Office of R. Terry Parker
43 West 43rd Street, Suite 275
New York, New York 10036-7424
Tel: (212) 859-5068
Email: terry@rterrypakerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

November 17, 2023

**VIA ECF**

Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **MICHAEL DEYOUNG v. GROVE/ATLANTIC, INC.,**
      **Case No.: 23-cv-05000 (ALC)(SN)**

Dear Judge Netburn:

I represent the plaintiff in the above-referenced lawsuit and write to inform the Court that the parties have reached an agreement in principle to resolve this case in its entirety. With the consent of the defendant, we respectfully ask the Court for a thirty-day stay of all deadlines while the parties finalize the terms of settlement.

Respectfully submitted,

/R. Terry Parker/

---

The parties' request is GRANTED. All deadlines are stayed for thirty days, pending the parties' settlement. The parties are directed to file a notice of settlement, or otherwise update the Court, by December 20, 2023.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 21, 2023
       New York, New York